Entered on Docket
May 10, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 10, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**PHYLLIS MARIE MEDLER,**<br>           Debtor.<br>_____/ | Case No. 11-41908 EDJ<br><br>Chapter 13<br><br>**ORDER VALUING LIEN OF JP MORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK**_____ |

    On April 05, 2011, Phyllis Medler (hereinafter Debtor) served a motion to value the lien of JP Morgan Chase Bank, N.A., successor in interest from the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (hereinafter Lienholder) against the property commonly known as 1425 Via Barrett, San Lorenzo, CA 94580, which lien was recorded in Alameda County on or about October 26, 2007 as document 2007377235 (hereinafter the Lien).

//

//

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

\*\*\* END OF ORDER \*\*\*

```
1                        COURT SERVICE LIST

2  Law Offices of Patrick L. Forte
   One Kaiser Plaza, Suite 480
3  Oakland, CA 94612

4
   Phyllis Marie Medler
5  1425 Via Barrett
   San Lorenzo, CA 94580
6
   Attn: Officer
7  JPMorgan Chase Bank, NA
   1111 Polaris Parkway
8  Columbus, OH 43240

9  Attn: Officer
   JPMorgan Chase Bank, NA
10 C/o CT Corporation System
   818 West Seventh St.
11 Los Angeles, CA 90017

12 Attn: Officer
   JP Morgan Chase Bank, NA
13 2901 Kinwest Parkway
   Irving, TX 75063-5812
14
   Attn: Jonathan J. Damen
15 JP Morgan Chase Bank, N.A., successor in interest from the Federal
   Deposit Insurance Corporation, as receiver for Washington Mutual Bank
16 C/o Routh Crabtree Olsen, PS
   505 N. Tustin Ave., Suite 243
17 Santa Ana, CA 92705

18
   Attn: Officer or Managing Agent
19 BAC Home Loans Servicing, LP
   4500 Park Granada
20 Calabasas, CA 91302

21 Attn: Officer or Managing Agent
   BAC Home Loans Servicing, LP
22 C/o CT Corporation System
   818 West Seventh St.
23 Los Angeles, CA 90017

24
   Attn: Officer or Managing Agent
25 Chase Home Finance, LLC
   194 Wood Ave. S
26 Iselin, NJ 08830
```

Attn: Officer or Managing Agent
Chase Home Finance, LLC
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017